UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIET DAO** *Plaintiff,* | * * * | **CIVIL ACTION NO:** |
| **VERSUS** | * * | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant* | * * * * | **JUDGE:** **MAGISTRATE JUDGE:** |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF CALCASIEU

**Peyton N. Robertson**, being first duly sworn on oath, deposes and says that she is the attorney for **STATE FARM FIRE AND CASUALTY COMPANY,** in this *Notice of Removal* and that, all and singular, the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

PEYTON N. ROBERTSON

Sworn to and subscribed before me at Lake Charles, Louisiana, on this **18th** day of **March, 2024.**

Notary Public: Deborah K Mathis
Printed Name: Deborah K. Mathis
Commission Expires at Death #17806