**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KIET DAO,**    *Plaintiff,* | * * * | **CIVIL ACTION NO:** |
| **VERSUS** | * * | |
| **STATE FARM FIRE AND CASUALTY COMPANY,**    *Defendant* | * * * * | **JUDGE:**<br><br>**MAGISTRATE JUDGE:** |

## CERTIFICATE OF ENTIRE STATE COURT SUIT RECORD

TO THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA:

     I, **Peyton N. Robertson**, counsel for Defendant, **STATE FARM FIRE AND CASUALTY COMPANY ("STATE FARM")**, does hereby certify that the following constitutes the entire State Court record and documents of *"Kiet Dao vs. State Farm Fire and Casualty Company,"* Docket No C-737385, Division 26, 19th Judicial District Court, East Baton Rouge Parish, Louisiana. *See* **Exhibit A**, 19th Judicial District Court Suit Record.

1.  08/30/2023:   Civil Case Cover Sheet-LA. R.S. 13:4688

2.  08/30/2023:   Petition for Damages

3.  08/30/2023:   Citation of Service on **STATE FARM**

4.  09/06/2023:   Citation Return of Service on **STATE FARM**

5.  09/26/2023:   Fax filed Answer and Exceptions to Petition for Damages

6.  09/26/2023:   Fax filed Jury Bond, Power of Attorney, Jury Order and Written Notice of Assignment

7.  09/26/2023:   Fax Cover Letter from **STATE FARM**

| | | |
|---|---|---|
| 8. | 09/26/2023: | Invoice from 19th JDC Clerk for costs of filing Answer and Exceptions |
| 9. | 10/03/2023: | Request for Written Notice of Assignment and Written Notice of any Order or Judgment Made or Rendered |
| 10. | 10/03/2023: | Answer and Exceptions to Petition for Damages |
| 11. | 10/03/2023: | Jury Bond, Jury Order, Power of Attorney |
| 12. | 10/03/2023: | Cover Letter from **STATE FARM** |
| 13. | 03/06/2024: | Motion to Enroll and Substitute Counsel of Record withdrawing Chinwe Ndidi Onyenekwu and Harry E. Cantrell, Jr. and substituting Jody Gaillard as lead attorney and Mike Harris and Mark Ladd of Galindo Law Firm as additional counsel of record for plaintiff |
| 14. | 03/18/2024: | Fax Filed Notice of Removal with 19th JDC |

Lake Charles, Louisiana, this **18th** day of **March, 2024**.

                                                                            /s/ *Peyton N. Robertson*
                                                                             **PEYTON N. ROBERTSON**