## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIET DAO,** *Plaintiff,* | * * * | **CIVIL ACTION NO:** |
| **VERSUS** | * * | **JUDGE:** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant* | * * * * | **MAGISTRATE JUDGE:** |

### CERTIFICATE OF FILING IN STATE COURT PROCEEDINGS AND NOTICE OF FILING TO ADVERSE PARTIES

I, **Peyton N. Robertson**, hereby certify that I have forwarded a copy of the foregoing *Notice of Removal* to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for filing of record. I hereby certify that I have given notice of the filing of said *Notice of Removal* to the adverse party on the **18th** day of **March, 2024**, by depositing a copy thereof in the United States mail, properly addressed, and postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Peyton N. Robertson*
　　　　　　　　　　　　　　　　　　　　　　　　**PEYTON N. ROBERTSON**